**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500

February 18, 2026

**VIA CM/ECF**

Jesse Mitchell, III
Attorney at Law

Brandon Moulard
Attorney at Law

Karmel Keeton
Attorney at Law

Lervette Blair
Attorney at Law

Kriston Givens
Attorney at Law

Caroline Scalf
Attorney at Law

    Re:    J M v Bibb County School District, *et al.*
           5:25-cv-331 (MTT)

Dear Counsel:

    To facilitate our discussion at the February 26 hearing, I note the following.

    Count X of the Recast Complaint asserts a Title IX claim against the School District, School Board and certain individuals only in their official capacity. Pursuant to the parties' agreement, Counts XI and XII will be dismissed. Count XIII asserts a Section 1983 claim against the School District and, arguably, Goolsby. Thus, the Recast Complaint does not attempt to assert a federal law claim against any individual defendant, again with the possible exception of Goolsby, in his or her individual capacity.

    With best regards.

                                    Sincerely,

                                    s/Marc T. Treadwell
                                    Marc T. Treadwell

MTT:kat