IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| J M <br> minor child by and through <br> DEBRA WILCHER <br> by and through <br> TIARA HUNNICUT, <br><br>       Plaintiff, <br> v. <br><br> BIBB COUNTY SCHOOL DISTRICT et al , <br><br>       Defendant. | * <br><br> * <br><br>   Case No.  5:25-cv-00331-MTT <br> * <br><br> * <br><br> * |

## J U D G M E N T

Pursuant to this Court's Order dated February 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Bibb County, Georgia.

This 26th day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk